JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZULILY, INC., a Delaware Corporation; SELECT CLOTHING COMPANY, INC., a California Corporation; C LUCE, INC., a California Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:16-CV-00708-RGK-AFM<br>*Hon. R. Gary Klausner Presiding*<br><br>[P~~ROPOSED~~] JUDGMENT AS TO RULE 68 OFFER RE DEFENDANT ZULILY, LLC |

# [~~PROPOSED~~] JUDGMENT

FOR GOOD CAUSE APPEARING, THE FOLLOWING JUDGMENT IS ENTERED AS FOLLOWS:

A Judgment in the amount of fifteen thousand dollars and zero cents ($15,000.00), which is inclusive of the costs accrued and attorneys fees in this matter.

<u>SO ORDERED</u>.

Dated: __FEB 23__, 2017          By: _/s/ Gary Klausner_
                                 Honorable R. Gary Klausner
                                 United States District Judge